IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DORA ADKINS <br> 200 North Picket Street, #304 <br> Alexandria, Virginia 22304, <br><br> Plaintiff; <br><br> v. <br><br><br> FAIRFAX COUNTY SCHOOL BOARD <br> 8115 Gatehouse Road, Ste. 5400 <br> Falls Church, Virginia 22042, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## COMPLIANT

I was employed with the Fairfax County School Board from October 1975 until June 22, 2007 as a teacher when I was wrongfully terminated from employment. I have been unsuccessfully in finding employment because I was terminated and as a result I am in financial ruins.

Damages sought from the Fairfax County School Board for not having an income from being illegally terminated from employment on June 22, 2007 is $173,426.10 (salary I would have earned for the past two years-last salary of ($86,713.05). 3 X $173,426.10. **Total = $520,278.30.**

Damages sought from the Fairfax County School Board for a $25,000 deposit paid on a new property that was lost in total in September-October 2007 because of, lost of job to earn income and to go to settlement, I lost the new property. 3 X $25,000

**Total = $75,000.**

Sincerely,

*Dora L. Adkins*

Dora Adkins